UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL -5 AM 8:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___POC___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR1294-BTM |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JOSE LUIS GARCIA-ORTIZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 952 AND 960 .

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/3/2007

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____